No. 00–1136. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* MISSOURI REPUBLICAN PARTY ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Federal Election Comm'n* v. *Colorado Republican Federal Campaign Comm., ante,* p. 431.

No. 00–1300. DODGE *v.* GRAVILLE ET VIR. Ct. App. Ariz. Motion of AARP for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Troxel* v. *Granville,* 530 U. S. 57 (2000).

No. 00–1327. FASANO, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE *v.* RICHARDS-DIAZ. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *INS* v. *St. Cyr, ante,* p. 289.

No. 00–5970. RUSSELL *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *INS* v. *St. Cyr, ante,* p. 289.

No. 00–6280. MAX-GEORGE *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *INS* v. *St. Cyr, ante,* p. 289.